## Fry *v.* Spatz, Appellant.

*Appeals—Certiorari—Justice of the peace.*

Where on an appeal from a judgment of the common pleas affirming a judgment of a justice of the peace brought before the common pleas by certiorari, the record shows jurisdiction in the justice and a proper service of process upon the defendant the appeal to the Superior Court will be quashed. The judgment of the common pleas in such a case is final.

Argued Nov. 14, 1905.   Appeal, No. 171, Oct. T., 1905, by defendant, from judgment of C. P. Lancaster Co., March T., 1905, No. 30, affirming judgment of justice of the peace in case of John H. Fry v. I. S. Spatz & I. H. Lebo, trading as Spatz & Lebo.   Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ.   Appeal quashed.

Certiorari to justice of the peace.   Before LANDIS, P. J. The opinion of the Superior Court states the case.

*Error assigned* was the judgment of the court.

*B. F. Davis,* for appellant.

*John H. Fry,* for appellee.

PER CURIAM, December 10, 1905:

This is an appeal from the judgment of the common pleas affirming the judgment of a justice of the peace, which was brought before that court by certiorari.   The record shows that the cause of action was within the jurisdiction conferred upon justices of the peace by the act of 1810, and the return of the constable shows on its face a valid service of the summons upon the defendant.   By the express terms of the 22d section of the act of 1810, the judgment of the common pleas in such a case, when brought before it by certiorari, is final.   So far as the right to appeal to this court is concerned, the case is not distinguishable from Phœnix Iron Works Company v. Mullen, 25 Pa. Superior Ct. 547, in which the authorities bearing upon the question are collected.

The appeal is quashed at the appellant's cost.